```
IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

JOSEPH LAHAN and
MARY ANN LAHAN,

    Plaintiffs,

v.                                          Civil Action No. 5:07CV34
                                                              (STAMP)

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.

**ORDER SCHEDULING HEARING ON DEFENDANT'S
MOTION TO STAY DISCOVERY, EXTEND DEADLINES,
AND VACATE TRIAL DATE AND STAYING DISCOVERY**

      On February 13, 2008, defendant Nationwide Mutual Fire Insurance Company ("Nationwide") filed a motion to stay discovery, extend deadlines, and vacate the trial date in this action. Nationwide asserts that its motion should be granted pending a ruling on its previously filed motion to dismiss for lack of personal jurisdiction and venue. On February 20, 2008, this Court entered a memorandum opinion and order denying the defendant's motion to dismiss for lack of personal jurisdiction and venue.

      Because Nationwide requests an extension of certain deadlines under the scheduling order that have already expired, the parties shall appear, by counsel, on **March 4, 2008 at 2:15 p.m.** at the Wheeling point of holding court for a hearing on the motion to stay discovery, extend deadlines, and vacate the trial date. Discovery in this action shall be STAYED pending the hearing and a ruling on Nationwide's motion to stay discovery, extend deadlines, and vacate the trial date in this action.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:    February 20, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE
