IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSEPH LAHAN and
MARY ANN LAHAN,

      Plaintiffs,

v.                                     Civil Action No. 5:07CV34
                                              (STAMP)

NATIONWIDE MUTUAL FIRE
INSURANCE COMPANY,

      Defendant.

## ORDER RESCHEDULING MOTION HEARING

On February 21, 2008, Nationwide Mutual Fire Insurance Company ("Nationwide") filed a motion to reschedule the March 4, 2008 hearing on its motion to stay discovery, extend deadlines, and vacate the trial date. In support of its motion, counsel for Nationwide states that she has a scheduling conflict.

For good cause shown, Nationwide's motion to reschedule is GRANTED. The parties shall appear, by counsel, on **March 25, 2008 at 12:00 p.m.** at the Wheeling point of holding court for a hearing on the motion to stay discovery, extend deadlines, and vacate the trial date.

The undersigned judge is currently scheduled to be in trial on the date of the motion hearing. In the event that the trial is not held on this date, the motion hearing will be rescheduled to another time on this date by separate order.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     February 22, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE